## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

ANGEL MARIE LUCAS;
A'MYLAH A'REEN-LUCAS SIMMONS;
A'MYREON A'MERH-LUCAS;
ROC'KET SKY'LAR HARRINGTON,

                Plaintiffs,

v.                                                CIVIL ACTION NO.   3:14-29289

FAYE ALLEN; B. ADKINS; M. TERRY;
CABELL COUNTY PROSECUTORS;
CABELL COUNTY MAGISTRATE WOLFEL;
CABELL COUNTY JUDGE FURGERSON;
HUNTINGTON POLICE KOLHER;
HUNTINGTON DETECTIVE KOFFEE;
WESTERN REGIONAL JAIL-"MR. CRAWFORD,
MR. ALDRIDGE, MS. STEPP;" and
CHILD PROTECTION SERVICE –
"MS. LAUREN S. and DIRECTOR,

                Defendants.

### MEMORANDUM OPINION AND ORDER

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, without prejudice, and removed from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's Complaint (ECF No. 2), without prejudice, and removes it from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: April 10, 2015

_____
ROBERT C. CHAMBERS, CHIEF JUDGE